UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KENIA M. RODRIGUEZ,

Plaintiff,

vs.

Civil Action No.:
1:26-CV-07402-VF

COMMISSIONER OF SOCIAL SECURITY,

Defendant.
-------------------------------------------------------------X

**ORDER**

AND, NOW, this **19** day of November, 2026, upon consideration of the parties joint motion for an extension of time,

IT IS HEREBY ORDERED that the Motion is GRANTED. Plaintiff's brief is due January 4, 2027. Defendant's brief is due March 5, 2027. Plaintiff's reply, if any, is due March 19, 2027.

Entered: **11/19/2026**

Hon. Valerie Figueredo, U.S.M.J.